IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BETSY PELTO,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                             11-cv-815-wmc

OFFICE OF THE REGIONAL CHIEF
COUNSEL, SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting its motion to vacate the state court judgment and dismissing this action pursuant to Fed. R. Civ. P. 12(b)(1).

       /s/                                                   9/19/2013
Peter Oppeneer, Clerk of Court                 Date